# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  Kandise Nadine Lucas,                                        Case No.  20-33177-KRH

        Debtor,

                                               Chapter  13

Amanda Simons,

        Plaintiff,

v.                                                                          Adv. Pro No.  20-03143-KRH

Kandise Nadine Lucas,

Defendant.

## MOTION TO EXTEND TIME TO FILE RESPONSE TO
## COMPLAINT FILED BY AMANDA SIMONS

NOW comes Defendant, Kandise Nadine Lucas, ("defendant") by counsel, and files this Motion to Extend Time to File Response to Plaintiff's Complaint filed on November 9, 2020 for four weeks from the date of December 14, 2020.

WHEREFORE, Kandise Nadine Lucas, defendant, hereby prays that this honorable court enter an order extending time to respond to the Complaint for four weeks from December 14, 2020, and for any other relief that is just and proper.

                                                          Respectfully submitted,

                                                          Kandise Nadine Lucas

                                                          By: /s/ Kimberly A. Chandler_____
                                                          Kimberly A. Chandler VSB 47897
                                                             Counsel for Debtor

Kimberly A. Chandler, VSB#47897
Chandler Law Firm
P.O. Box 17586
Richmond, Virginia 23226
804-353-1971

## CERTIFICATE OF MAILING

      I hereby certify that on December 4, 2020, a copy of the foregoing Motion to Extend Time to File Response was electronically transmitted and/or mailed to Carl M. Bates, the Chapter 13 Trustee, and to Todd M. Ritter, Esquire at Daniels, Williams, tuck & Ritter, Counsel for the Plaintiff.

/s/ Kimberly A. Chandler
Kimberly A. Chandler VSB 47897

### Service List

Carl M. Bates,
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218


Todd M. Ritter, Esquire (VSB # 40020)
Daniels, Williams, Tuck & Ritter
11901 Iron Bridge Road
P.O. Box 3570
Chester, Virginia 23831
(804) 748-9803
(804) 796-2706 (fax)
tritter@danielswilliamstuckandritter.com


Kimberly A. Chandler, VSB#47897
Chandler Law Firm
P.O. Box 17586
Richmond, Virginia 23226
804-353-1971