# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 20−33177−FJS
**Chapter** 13
**Adversary Proceeding Number** 20−03143−KRH

**In re:** Kandise Nadine Lucas
**Judge** Kevin R. Huennekens

Amanda Simons

                Plaintiff(s)

V.

Kandise Nadine Lucas

                Defendant(s)

## NOTICE OF HEARING

A

*45* − Motion to Reopen Adversary Proceeding filed by Kandise Nadine Lucas. (Earl, Heather)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** June 17, 2025      **Time:** 11:00 AM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219


Dated: May 20, 2025      For the Court,

    Charri S Stewart, Clerk
[VAN022BKAPvDec2009.jsp]      United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

Simons,
    Plaintiff

Adv. Proc. No. 20-03143-KRH

Lucas,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: NataliaNe      Page 1 of 1
Date Rcvd: May 20, 2025      Form ID: VAN022      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kimberly Alice Chandler, Chandler Law Firm, P.O. Box 17586, Richmond, VA 23226-7586 |
| aty | + | Todd Madison Ritter, Daniels, Williams, Tuck & Ritter, P.O. Box 3570, Chester, VA 23831-0580, U.S.A. 23831-8481 |
| pla | + | Amanda Simons, c/o Daniels, Williams, Tuck & Ritter, 11901 Iron Bridge Road, PO Box 3570, Chester, va 23831-8481 |
| unk | + | Chesterfield Process Service, 10310 Beechgrove Drive, Chesterfield, VA 23832-2321 |
| dft | + | Kandise Nadine Lucas, 514 East Williamsburg Road, Sandston, VA 23150-1703 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Meyer Krumbein | on behalf of Defendant Kandise Nadine Lucas jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email |
| Todd Madison Ritter | on behalf of Plaintiff Amanda Simons tritter@hillrainey.com bankruptcy@hillrainey.com;kvillafane@hillrainey.com;tritter@hillrainey.com;thall@hillrainey.com |

TOTAL: 2